# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMELLE MORRIS,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br>HOMECOMINGS FINANCIAL LLC,<br><br>　　　　　　　　　　Defendant. | CASE NO. 08 CV 0203 JM (RBB)<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff, a non-prisoner proceeding pro se, has filed a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). Her motion reflects that she has no significant assets and that her only source of funds is her unemployment income, received every two weeks. Accordingly, the court **GRANTS** Plaintiff's motion to proceed in forma pauperis. The court further orders that the Clerk of Court shall serve a copy of this order on Defendant Homecomings Financial LLC.

**IT IS SO ORDERED**.

DATED: February 13, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:　　　All parties