E. Scott Palmer, Esq., SBN 155376
Email: spalmer@pldlawyers.com
Frederick A. Haist, Esq., SBN 211322
Email: fhaist@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Defendant Homecomings Financial, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shamelle Morris 6544 College Grove Dr #68 San Diego, CA 92115,<br><br>Plaintiff,<br><br>vs.<br><br>Homecomings Financial LLC 2711 North Haskell Ave, Ste 900 Dallas, TX 75204,<br><br>Defendant. | Case No. 08 CV 0203 JM RBB<br><br>[Honorable Jeffrey T. Miller]<br><br>**DEFENDANT HOMECOMINGS FINANCIAL, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT OR ALTERNATIVELY, MOTION FOR A MORE DEFINITE STATEMENT**<br><br>[FRCP RULES 12(b)(6), 12(e)]<br><br>**DATE:   July 18, 2008**<br>**TIME:   1:30 p.m.**<br>**PLACE:  Courtroom 16**<br><br>[Complaint filed: February 1, 2008] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 18, 2008 at 1:30 p.m., or as soon thereafter as the matter may be heard before Judge Jeffrey T. Miller at the United States District Court, Southern District of California, located at 940 Front Street, San Diego, CA 92101-8900, Defendant Homecomings Financial, LLC ("Homecomings") will, and hereby does, move to dismiss Plaintiff Shamelle Morris' ("Plaintiff") Complaint or alternatively, will move for a more definite statement.

This motion is made pursuant to RULES 12(b)(6) and 12(e) of the FEDERAL RULES OF CIVIL PROCEDURE.  The Complaint is so vague and ambiguous that Homecomings cannot reasonably frame a reply and each and every potential claim directed at Homecomings fails to state a claim upon which relief can be granted.  Specifically, Plaintiff has failed to either allege a recognized claim or allege facts to fulfill each element of the following claims she might be asserting: 1) Quiet Title; 2) Violation of 42 U.S.C. §§1983, 1985 and 1986; 3) Violation of the Bankruptcy Reform Act of 1978; 4) Violation of Regulation Z of the Truth in Lending Act ("TILA," 15 U.S.C. §1601 *et seq.*); 5) Criminal violation of 18 U.S.C. §4; 6) Domestic Mixed War; 7) Fraud; 8) Conspiracy; 9) Treason; and 10) the Racketeer Influenced and Corrupt Organizations Act ("RICO", 18 U.S.C. §1961 *et seq.*).

This motion is based upon this notice of motion and motion, the accompanying memorandum of points and authorities, the request for judicial notice, the pleadings and papers on file in this action, and on such further oral and documentary evidence as may be presented at the hearing of this motion.

DATED:  June  5 , 2008

By  s/ Frederick A. Haist
E. SCOTT PALMER
FREDERICK A. HAIST
PALMER, LOMBARDI & DONOHUE LLP
Attorneys for Defendant Homecomings Financial, LLC

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017