E. Scott Palmer, Esq., SBN 155376
Email:  spalmer@pldlawyers.com
Frederick A. Haist, Esq., SBN 211322
Email: fhaist@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone:  (213) 688-0430
Fax:  (213) 688-0440

Attorneys for Defendant Homecomings Financial, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shamelle Morris 6544 College Grove Dr #68 San Diego, CA 92115, <br><br> Plaintiff, <br><br> vs. <br><br> Homecomings Financial LLC 2711 North Haskell Ave, Ste 900 Dallas, TX 75204, <br><br> Defendant. | Case No. 08 CV 0203 JM RBB <br><br> **[Honorable Jeffrey T. Miller]** <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT HOMECOMINGS FINANCIAL, LLC'S MOTION TO DISMISS COMPLAINT OR ALTERNATIVELY, MOTION FOR A MORE DEFINITE STATEMENT** <br><br> **DATE:  July 18, 2008** <br> **TIME:  1:30 p.m.** <br> **PLACE:  Courtroom 16** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, in support of Defendant Homecomings

Financial, LLC's ("Homecomings") Motion To Dismiss Complaint Or

Alternatively, Motion For A More Definite Statement, which is set to be heard on

July 18,  2008, at 1:30 p. m., or as soon thereafter as the matter may be heard before

Judge Jeffrey T. Miller, at the United States District Court, Southern District of

California, located at  940 Front Street, San Diego, CA 92101-8900, Homecomings

hereby requests that the Court take judicial notice of following documents and facts

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

described below pursuant to Rule 201 of the Federal Rules of Evidence ("F.R.E."):

**Request #1.**

Shamelle R. Morris' complaint, Case No. 07CV2122 L (NLS) in the United States District Court for the Southern District of California. Attached hereto as Exhibit A is a true and correct copy of the complaint. The Court is requested to take judicial notice of the claims alleged in the complaint and the fact that it has been filed in the United States District Court for the Southern District of California. The fact that the complaint was filed and the claims alleged in the complaint are adjudicative facts of which the Court should take judicial notice. They are facts which are not subject to reasonable dispute because they are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. F.R.E. 201(b).

**Request #2.**

Homecomings' motion to dismiss filed on December 11, 2007 and all moving papers filed in connection with the motion to dismiss in Case No. 07CV2122 L (NLS). Attached hereto as Exhibit B is a true and correct copy of the motion to dismiss and all moving papers filed in connection with it.

The Court is requested to take judicial notice of the motion to dismiss and all moving papers filed in connection with it. The fact that the motion to dismiss was filed is an adjudicative fact of which the Court should take judicial notice. It is a fact which is not subject to reasonable dispute because it is capable of accurate and

///
///
///
///
///
///
///

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

1  ready determination by resort to sources whose accuracy cannot reasonably be

2  questioned.  F.R.E. 201(b).

3

4  DATED:  June  5 , 2008

5

6                                      By  s/ Frederick A. Haist

7                                           E. SCOTT PALMER
                                          FREDERICK A. HAIST
8                                           PALMER, LOMBARDI & DONOHUE
                                          Attorneys for Defendant Homecomings
9                                           Financial, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS          08 CV 0203 JM RBB