1 | E. Scott Palmer, Esq., SBN 155376
Email: spalmer@pldlawyers.com
2 | Frederick A. Haist, Esq., SBN 211322
Email: fhaist@pldlawyers.com
3 | PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
4 | Los Angeles, California 90017
Phone: (213) 688-0430
5 | Fax: (213) 688-0440

6 | Attorneys for Defendant Homecomings Financial, LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shamelle Morris 6544 College Grove Dr #68 San Diego, CA 92115, | Case No. 08 CV 0203 JM RBB |
| Plaintiff, | [Honorable Jeffrey T. Miller] |
| vs. | **DISCLOSURE STATEMENT** |
| Homecomings Financial LLC 2711 North Haskell Ave, Ste 900 Dallas, TX 75204, | [FRCP RULE 7.1] |
| Defendant. | [Complaint filed: February 1, 2008] |

In compliance with FEDERAL RULE OF CIVIL PROCEDURE, RULE 7.1(a), Defendant Homecomings Financial, LLC submits the instant corporate party disclosure statement. The following lists all parent corporations and any publicly held corporation that owns 10% or more of Defendant Homecomings Financial, LLC's stock: Defendant Homecomings Financial, LLC is a wholly owned

///
///
///
///
///

-1-
DISCLOSURE STATEMENT                                    08 CV 0203 JM RBB

subsidiary of Residential Funding Company, LLC and it is an indirect owned subsidiary of General Motors Corporation, a publicly traded corporation.

DATED: June  5 , 2008

By  s/ Frederick A. Haist
E. SCOTT PALMER
FREDERICK A. HAIST
PALMER, LOMBARDI & DONOHUE LLP
Attorneys for Defendant Homecomings Financial, LLC