E. Scott Palmer, Esq., SBN 155376
Email: spalmer@pldlawyers.com
Frederick A. Haist, Esq., SBN 211322
Email: fhaist@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Defendant Homecomings Financial, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shamelle Morris 6544 College Grove Dr #68 San Diego, CA 92115,<br><br>Plaintiff,<br><br>vs.<br><br>Homecomings Financial LLC 2711 North Haskell Ave, Ste 900 Dallas, TX 75204,<br><br>Defendant. | Case No. 08 CV 0203 JM RBB<br><br>[Honorable Jeffrey T. Miller]<br><br>**NOTICE OF RELATED CASE**<br><br>[CIV.LR 40.1(e)]<br><br><br>[Complaint filed: February 1, 2008] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT in compliance with CIVIL LOCAL RULE 40.1(e), Defendant Homecomings Financial, LLC submits this Notice of Related Case for the related action entitled SHAMELLE R. MORRIS, Plaintiff, vs. HOMECOMINGS FINANCIAL, LLC; WACHOVIA DEALER SERVICES, Defendants, case number 07 CV 2122 L (NLS), filed November 6, 2007.

Defendant Homecomings Financial, LLC believes that case number 07 CV 2122 L (NLS) is related to the instant case because the two actions: 1) involve some of the same parties; 2) are based on the same or similar claims; 3) involve the same

property, transaction and event; and 4) involve substantially the same facts and the same questions of law.  Assignment of both of the actions to the same judge will result in judicial economy and efficiency since the issues and parties are substantially the same.

DATED:  June  5 , 2008

By  s/ Frederick A. Haist
E. SCOTT PALMER
FREDERICK A. HAIST
PALMER, LOMBARDI & DONOHUE LLP
Attorneys for Defendant Homecomings Financial, LLC