1  E. Scott Palmer, Esq., SBN 155376
   Email: spalmer@pldlawyers.com
2  Frederick A. Haist, Esq., SBN 211322
   Email: fhaist@pldlawyers.com
3  PALMER, LOMBARDI & DONOHUE LLP
   888 West 6th Street, 12th Floor
4  Los Angeles, California 90017
   Phone: (213) 688-0430
5  Fax: (213) 688-0440

6  Attorneys for Defendant Homecomings Financial, LLC

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 | Shamelle Morris 6544 College Grove Dr #68 San Diego, CA 92115, | Case No. 08 CV 0203 JM RBB
12 | | [Honorable Jeffrey T. Miller]
13 |              Plaintiff, |
14 |     vs. | **CERTIFICATE OF SERVICE**
15 | Homecomings Financial LLC 2711 North Haskell Ave, Ste 900 Dallas, TX 75204, |
16 | |
17 |              Defendant. | [Complaint filed: February 1, 2008]

21              **CERTIFICATE OF SERVICE**

22     I, Alice Ramos declare:

23     I am a citizen of the United States and employed in Los Angeles County,
24 California. I am over the age of eighteen years and not a party to the within-entitled
25 action. My business address is 888 West 6th Street, 12th Floor, Los Angeles,
26 California 90017.

27     I hereby certify that on June 5, 2008, I served a copy of the foregoing
28 document(s):

-1-

CERTIFICATE OF SERVICE                                    08 CV 0203 JM RBB

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

1. **DEFENDANT HOMECOMINGS FINANCIAL, LLC'S NOTICE OF**
2. **MOTION AND MOTION TO DISMISS COMPLAINT OR**
3. **ALTERNATIVELY, MOTION FOR A MORE DEFINITE STATEMENT**
4. [FRCP RULES 12(b)(6), 12(e)];

6. **DEFENDANT HOMECOMINGS FINANCIAL, LLC'S MEMORANDUM OF**
7. **POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS**
8. **COMPLAINT OR ALTERNATIVELY, MOTION FOR A MORE DEFINITE**
9. **STATEMENT** [FRCP RULES 12(b)(6), 12(e)];

11. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT**
12. **HOMECOMINGS FINANCIAL, LLC'S MOTION TO DISMISS**
13. **COMPLAINT OR ALTERNATIVELY, MOTION FOR A MORE DEFINITE**
14. **STATEMENT;**

16. **NOTICE OF RELATED CASE** [CIV. LR 40.1(e)];

18. **DISCLOSURE STATEMENT** [FRCP RULE 7.1]; AND

20. **ORDER GRANTING DEFENDANT HOMECOMINGS FINANCIAL, LLC'S**
21. **MOTION TO DISMISS COMPLAINT** [FRCP RULES 12(b)(6), 12(e)].

23. ///
24. ///
25. ///
26. ///
27. ///
28. ///

-2-

1 by placing the document(s) listed above in a sealed envelope with postage thereon
2 fully prepaid, in the United States mail at Los Angeles, California, and sent to Pro
3 Se Litigant to her last known address as follows:

Shamelle R. Morris
6544 College Grove Drive #68
San Diego, California 92115
Plaintiff in Pro Se

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 5, 2008, at Los Angeles, California.

*Alice Ramos*
Alice Ramos

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Alice Ramos, am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 888 West 6th Street, 12th Floor, Los Angeles, California 90017.

On June 5, 2008, I served the foregoing: **CERTIFICATE OF SERVICE** on Interested Parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Shamelle R. Morris
6544 College Grove Drive #68
San Diego, California 92115
Plaintiff in Pro Se

[X]   **(BY MAIL)** I placed such envelope with postage thereon fully paid in the United States mail at Los Angeles, California. I am "readily familiar" with this firm's practice of collecting and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[ ]   **(BY PERSONAL SERVICE)** I personally delivered said envelope to the office of the person and address identified on the attached service list.

[X]   **(FEDERAL)** I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 5, 2008.

_/s/ Alice Ramos_
Alice Ramos