**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**JUNE 13, 2008**

| Morris | vs | Homecomings Financial LLC | No. | 08cv203 L (NLS) |
|--------|----|---------------------------|-----|-----------------|

| Hon. | Nita L. Stormes | Deputy Clerk | George Perrault | |
|------|-----------------|--------------|-----------------|---|

It is hereby ordered that Nita L. Stormes hereby recuses from the above entitled case and orders that the case be reassigned to another judge.

Assigned to:     *Cathy Ann Bencivengo*

New Case #:     *08 cv 203 - L (CAB)*

**Please forward judge's court file to new assigned judge.**