UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMELLE R. MORRIS, | Civil No. 08cv203-L (CAB) |
| Plaintiff, | **ORDER RE: ORAL ARGUMENT** |
| v. | |
| HOMECOMINGS FINANCIAL, LLC. | |
| Defendant. | |

Defendant Homecomings Financial, LLC's motion to dismiss the complaint or alternatively, for a more definite statement [doc. #4] is set for hearing on July 18, 2008.[1] The Court finds this motion suitable for determination on the papers submitted and without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required.

**IT IS SO ORDERED.**

DATED: July 17, 2008

M. James Lorenz
United States District Court Judge

---

[1] The Court notes that plaintiff has not filed a timely opposition to defendant's motion to dismiss or for a more definite statement. Civil Local Rule 7.1.f.3 provides that "[i]f an opposing party fails to file the papers in the manner required by Civil Local Rule 7.1.e.2, that failure may constitute a consent to the granting of a motion or other request for ruling by the court."

COPY TO:

HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL