# UNITED STATES DISTRICT COURT

### Southern District of California

| | | |
|---|---|---|
| Shamelle Morris | | |
| | Plaintiff, | |
| v. | | Case No.: 3:08−cv−00203−L−CAB |
| | | Judge M. James Lorenz |
| Homecomings Financial LLC | | |
| | Defendant. | |

### JUDGMENT IN A CIVIL CASE

\_\_\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_**X**\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Defendants' motion to dismiss is GRANTED and the alternative motion for more definite statement is DENIED as moot. Because plaintiff must file all claims against defendant in the 07cv2122 L(NLS) action, the Clerk of the Court is directed to close this case.

W. Samuel Hamrick, Jr.,
Clerk of the Court

Date: 9/2/08

By: s/ M. Jenkins, Deputy Clerk

ENTERED ON: September 2, 2008